JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| 1940 CARMEN, LLC, a California Limited Liability Company; and ALEXANDER STEIN, | Case No. 2:20-cv-06772-ODW (Ex) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CITY OF LOS ANGELES, a municipal corporation; CHERILYN DAVIS; and DOES 1-10, | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.  Plaintiffs shall recover nothing from Defendants; and

2.  Plaintiffs' Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

August 10, 2021

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**